NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, Plaintiffs, v. UNITED STATES, Defendant, and IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., Defendant-Intervenor.

IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., Plaintiff, v. UNITED STATES, Defendant, and NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL · METALS COMPANY, Defendant-Intervenors.

Consolidated Court No. 05–00616

## JUDGMENT

RIDGWAY, Judge: This action having been duly submitted for decision; the Court, after due deliberation, having rendered decisions herein; and in the absence of any substantive comments in opposition to the Final Results of Redetermination Pursuant to Court Remand (filed November 9, 2009);

Now, therefore, in conformity with said decisions, it is hereby

ORDERED, ADJUDGED, and DECREED that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand be, and hereby are, sustained.